

O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557458
$ 00.40⁶
JAN 13 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,030-01    *No record*

PHILLIP HOLMES